UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Romy Syllas - 22R1594

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

John Doe #1, John Doe #2, John Doe #3
John Doe #4 And John Doe #5

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
FEB 21
PRO SE OFFICE

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name Romy Syllas
ID # 22R1594
Current Institution Elmira Correctional Facility
Address 1879 Davis St
Elmira, New York 14902

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name JoHN, Doe 1 _____ Shield #_____
Where Currently Employed DOCCS / CERT _____
Address Ducc Central office Dept of Correchas, STATe office
Campus, BLDG #4, 1220 Washington Ave, Albany NY 12226

Defendant No. 2    Name JoHN, Doe 2 _____ Shield #_____
Where Currently Employed DOCCS / CERT _____
Address _____
See Above

Defendant No. 3    Name JoHN, Doe 3 _____ Shield #_____
Where Currently Employed DOCCS / CERT _____
Address _____
See Above

Defendant No. 4    Name JoHN, Doe 4 _____ Shield #_____
Where Currently Employed DOCCS / CERT _____
Address _____
See Above

Defendant No. 5    Name JoHN, Doe 5 _____ Shield #_____
Where Currently Employed DOCCS CERT _____
Address _____
See Above

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? GReeN HAveN C F

B.    Where in the institution did the events giving rise to your claim(s) occur? See Attached
Complaint
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
See Attached Complaint
_____

*See Attached Exhibit A*

**D.    Facts:**

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else was at ... ed?**

**III.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My neck Was In pain, my lower back near my spine, my Head In pain, Emotional Distress, Flash backs And chronic pain, PtsD, And I'm Having more Frequent migraines In my Head, they OFFer me Pills For my migraine.

**IV.    Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

**VI.**    **Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No _____ ✓

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending? Yes _____  No _____
If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____     No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____, N/A _____

Defendants _____ N/A _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending? Yes _____  No _____
If NO, give the approximate date of disposition _____

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _✔_ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _GREEN HAVEN C.F State Prison_

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✔_ No ____ Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No _✔_ Do Not Know ____

If YES, which claim(s)? _They CLAIm you CANNot grieve officer_

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✔_ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _IN Greenhaven_

1.    Which claim(s) in this complaint did you grieve? _Excessive Force, Failure to protect, Supervisory Liability_

2.    What was the result, if any? _The grievance Failed As They say you can't grieve AN officer_

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____ _N/A_ _____

_____

_____

F.    If you did not file a grievance:

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

_____

**Note:**    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

1. COMPENSATION DAMAGES IN $200,000.00 Per defendant
Total— $1,000,000.00

2) Punitive Damages IN $200,000.00 Per defendant
Total— $1,000,000.00

Complete Total Amount is $2,000,000.00
FOR VIOLATING PLAINTIFFS Civil Rights Against PLAINTIFF FOR And of
The 8TH AND 14 Amendment, Respectively— I.E. CRUEL AND UNUSUAL
PUNISHMENT AND due PROCESS, IN Connection With 1) Excessive Force
2) Failure to protect And 3) Supervisory Liability.

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____ N/A _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of Feb , 20 24

Signature of Plaintiff     Romy Syllus

Inmate Number     228/594

Institution Address     ELMIRA CF P.O Box 500

1879 DAVIS ST.

ELMIRA N.Y. 14902

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of JANUARY , 2024, I am delivering this complaint to prison authorities to be mailed to the  Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Romy Syllus

# Legend For Complaint.

Violations of The 8th Amendment For Cruel And unusual Punishment And The 14th Amendment Against and For Not Following due process.

In Connection with —

1) Excessive Force

2) Failure to Protect

3) Supervisory Liability.

## Legend for Exhibits

A — Complaint

B — Misbehavior Report.

C — Official Foil Request Form

D — The Actual Foil Request

E — File Grievance

# Exhibit A

A

Incident Date:
October 7, 2023

Remy Sythes
DIN#22R1594

(Continue ON ANNEXED page 1) →

I Was being woke up by other inmates with loud Noise
And there comes the Cert team operation they Arrive to my
Cell Without Ask For My Id or My Facial Razer At My Cell B-Block
6 Company Cell#382 I Had My candle li't I put it out the Cert Officer
Came in my cell While Rushing in my cell they Forcefully kick me then
punch me to my Face then kick me in my back While I Was on the
ground by my small locker that was located near my Rest Room Area
of My cell And Had A laceration on near my upper Cheek bone of
My body then when they keep screaming stop Resisting While I Was
In Flexy cuffs I wasn't Resisting I Was following Procedures As
Facility Rules. they told me to Report No Injury to medical When I Seen medical
they Said they was going to beat me up more if I told on them
so I Refuse I said to the nurse No Injurys. When they were
Taking me out my Cell I Had on My white sweatpants the officers
were Screaming take it off And they Pull it off of me Forcefully
in my gallery on 66 company And they Had my hands twisted up with
they Arms wRap Around it they the (Cert operation) strip me I Was
In my boxers, T-Shirt, sock Walking through the weight yard on
b-block they walk me through A-block to get to the medical Area
they took me to A NoN-Camara Room they Said if I Move they will
Slam me on the Face (the Cert operation) Sargeant said that to me
then I Was being escorted to the Box Where there House us For Disciplinary
Tickets when I get there I Ask the L.O₂ thats in the Box what is
My Charge they Said weapon then they didn't want to tell me Anything

So I Ask Again they didnt tell me nothing they stayed quit I Just comply with the procedures ~~~~~~~ In the Box they Put me in my cell For less then (4) Hours they sent me on A Saturday (Pk) draft to upstate Shu 200 which the Box is called when you go to A RRU Program that we Recieve in the Box Shu 200. the Facility green Haven left my Personal Property in my cell For weeks Approximately A month my Radio, my Clothes were damaged And destroyed when I Recieve it 5 weeks later it's Broken Radio my wife payed Her Hard earn money they destroy my Property, And OFFicer Brutality Against Inmates I was beat up by them I couldnt Feel my neck, Lower Back, my Head Im Feeling Emotional Distress, Flashbacks I get nervous Around them At points OF day because I Feel they going to do it Again to me, And Im Recieving Chronic Pain, I Am seeing A Doctor I got my X-Ray done At Elmira, And they Prescribe me pills For my Pain in my back, my neck my Head, this, After they gave me 44 days in the Box And they Charge Me with Assault on staff, (104.11) Interference wit staff, (107.10) violent conduct, (104.11) search & Frisk, (115.10) (104.13) Create A disturbance, (122.0) Smoking, (106.0) Direct Order I was being Charge At upstate Box the incident Heppen on the 7 day OF October, 2023 And I Recieve my ticket 11th day OF October, 2023 At 10:34 Am OFFicer C.O. King gave me the copy At upstate correctional Facility, my ticket got Adjourned because I ~~~~ Ask For Body Cam Footage, the B-Block weight yard Footage they deny me my Footage OF that And they gave me the Footage OF the B-Block 6 company Near my cell Area B6-382 Footage. they escorting me forcefully I Almost Fell on my Sweatpants And slip And Fall on my Head Almost, the way they Handle Me thats not on the procedures iF I Aint use No type OF Force towards the OFFicers thats in charge OF the situation. Im getting Long term Mirgrains,

#3

that come to me constantly, I be nervous Around them Alot And the Officer comes from outside And they bring they Personal problems ON us In that Facility Green Haven. we were lockdown From the October 4, 2023 they Search my block 6 day Of October they served the bottom, ; then the 7th day Of october they Search the upper Area Of the block-b 6 Company And on the other side of my cell they were beating on A Elderly Male Inmate on B3-Company I Hear the tussle from my cell from they side my cell is three Cells from the Back near the catwalk gate. these Officers didnt Have No Rights to beat on me. If I didnt do Anything violent, they Charge me with the charges And they Found me not Guilty of Not Smoking In green Haven And the found me guilty of the other charges that they Have there My Hearing was done In upstate corr. facility, So I Have to suffer by me going to the Box the merit Hearing they Postpone my date to 3 months And I miss it cause Of Brutality, And False docwment Charges they want to Pin on me. I call it Make up Charges So it can Fit what the Charges Are this is what they do to Inmates. the Courts In Stormville knows they dont want No Charges Of Assault on stuff weapons, And drugz cause the Officers Are the one Bringing It In the facility And the East Side And west Side messhall Have So much Rodents In the Dish washing Machine the inmate Have to Sanitize our utensil And Plate For our Chow meal And they Are Running through the pipe lines to get else where In the Building Commissary, the Box is Infested with Sewer Rats And they travel thru cells to eat At Night, the water In that county where stormville the pipe line is Full Of Rust thats the Reason why I dont Drink No Faucet water At my cell Location my water turn Brown one day I said never Again will I Drink this water.

they dont provide us with Free water thatst ~~ey Have~~ At commissary they needed to provide us, with, I get Stomach ache drinking Alot of that water when I drink it, I feel like Im full drinking Alot of the sink water, they Gave us free water And Chips one time cause of our sports tournarment that we Have each Summer. And that was it, After that we Had to buy it from commossary. that should be free the Inspector comes there And say theres Nothing wrong On the news broadcast it said in this County of Stormville water is toxic pipe lines. And the Radio Stations I turn on like 1010 win in the Am section I listen too For news So I know theres No lie to my news Facts. As days go on there Are more Inmates Coming to the Box Shu 200 in upstate BoRR Facility box From green Haven For the Same Charges As I Recieved some Alot of time And Some Shorter time. Now I got Sanctions that make me cant contact my Family, my Spouse, my Kids, my mom. I Am on lost of Recreation I Am on loss of Commissary And lost of Package, I cant eat OR Have Clothes Sent to me At All Until May 2024 this ticket is depriving me From my Social destress, my Phone is suspended the Halt law Says when you complete RRU, you Are to Have your Priviledges Restored on your Arrival to the Facility my Priviledges Are not Restored by the superintendent. I wrote my Grievance I wrote the Commossioner For Docc's, OSI I Contact thru my wife, My wife visits me thats How I contact Her. the Kiosk when I was in green Haven they would let me on it And the next Few days they dont put me on For Another 2 Weeks, How do they deprieve me from talking to my Family And It Was A emergency that I needed to talk to my Family And tell them what Happen to me I Could not thank god I Have My wife to look FoR me thru my Struggles when She dont Hear From me She freak out Calling my Counselor like A Family Person would do. Flash backs, Chronic Pain, Emotional distress, PtSD

#5

nd
ON, My ticket they gave Me 60 days In the Box And Recommeded loss OF good time 120 days loss OF that So that ticket mess up my date to go to society it Push my date back I was suppose to see them the Merit Committee And they Postpone me Cause I was in transit going to the box I Appeal my ticket to the Upstate CORR Facility to send to Albany to the commissioner FOR A Response I did it in timely manner before my 72 Hour was up I Have to take my Programs Again Anger management For something I didn't Cause. the procedure was FoR the OFFicers to Come to my Cell Ask FoR A Razor And too Id me As the PERSON in the Cell then Search is being Made None OF them Follow the Directive And the directive dont say beat ON A inmate for co-operating With the ~~procedures~~ procedures they Provide Me with, Im damaged With PtsD, Flashbacks, Chronic Pains, Emotional Distress, Mirgraines constantly from my Head From this Incident 7th day OF October, 2023, Medical I Report to them, OMH I Report to them
Shu 200
While I was in upstate they would Read my Sick call And they would walk Away And Not give me no treatment At my cell We keep Lock In the Box they Are to Appear At ouR Doors With our lights on they come dont Read whats on the Paper And give us Another type OF Answer that wont Help. I wrote A Few Sick calls When I got there No body came And when they move me to A 2 men cell I was by myself First when I was moved I Seen them 4 times About it they would walk Away From treating me they dont even stop At my Cell After that medical In upstate CoRR Facility Shu 200 I was In 8 building I was in A-block the Flats, then I was move upstairs to the Higher level B-Block-44 Cell Bottom Bunk I was on my Paper ON the DooR With my Inmate Picture they Can See ouR mug Shots on the DooR. And ouR cell Location its in there Paper work From mon-Fri

When I came out the Box they put me on transit to go to green Haven For Few Night stay they deprive me from taking A shower in H-block Reception they didnt let me go to Recreation there master sheet says I cant Have Nothing the officer mark me down For the shower I didnt Recieve one on 23rd day of November we Are Entitled to A shower once every Few days there is Front Half And backHalf OF Cells with in mates the OFFICERS Sit Around And Joke Around And treat us like we Are cage Animals I Am A Human being Just As them. I know theres Alot of Incarcerated Individuals to Attend to We Ask them to Attend to our need No Help. they give the Forget you Face And go on with they day And Forget of What the Incarcerated Indivial Said to them Prior, We call For the Sargeant No Help, So we do it other ways to get the Sargeants Attention "Im Feeling Suicidal thats what gets A Sargeants Attention to come to our cells, And we speak to them And that dont solves the Issue cause that OFFICER is in control of that block Just because we call A Sargeant to the Block they do tic For tac they dont Attend to us for that Apparent Reason, I Reported to Albany my issues And I Still Had problems there March 2023 All the way to Oct 7 2023 I got Charged With Assault on Staff In June 2023 they dismiss my disciplinary For that ticket And now that put these charges on me Again they use the cert operation to draft me And Come up with these charges on Oct 7, 2023 I was Suppose to get my ticket In 24 Hour Why Am I getting my ticket 4 days later, AN Incarcerated Individual Are to Ask For A Extention Not Without that individual consent. My Electronic, my Property Are Damage I Feel nervous Around corr officer cause Im Afraid they will do it Again, Im Having Chronic Pain, PtsD, Emotional Distress, Socializing Depriving me From contacting my Family, getting Packages And Commissary, I only can eat chow Food, Fellow individuals Hook me up with soups Certain times

L7

Nobody wants to go thru that doccs took Away our packages being Sent From Home Food Package And now they Replace them with vendors Catelogs that Are expensive For our Family to go through the struggle with us If they Are A middle class or lower class to Provide From Home. Every ticket they cheurge me with comes with A 5 Dollar Fee towards my Sanction ticket. So each ticket Adds up And we lose hard earn money in our Accounts. the Civilian that was there before She was Stealing money From Inmate Accounts And we Found Justice Around Her wrong doing they Incarcerated the lady For that my money was on Holt over there $390 Was in my Account For long didnt Recieve Nothing till this day So I Am being deprived still when its commissary day I Dont See No Commissary Sheet they Just walk pass my cell with All the other indivictuts commissary Sheets.

# Exhibit B

Oct 31
Nov 27 - 051

B

Hearing Date 10-13-23
ADJOURNED - Video 2
And witness III


FORM 2171 A (11/21)   NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Green Haven_ **Correctional Facility**

## INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL INDIVIDUO ENCARCELADO

| 1. NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMBRE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | DIN | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Syllas, R | 22 R 1594 | B6-382 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| B6-382 | 10/7/23 | Approx 8:25 Am |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN (ES)**

106.10 - Direct Order    104.13 - Create Disturbance    122.10 - Smoking
100.11 - Assault on Staff    107.10 - Interference
104.11 - Violent Conduct    115.10 - Search / Frisk

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time while at Green Haven Correctional Facility for a CERT operation, I approached B6-382. Once at the cell, I observed I/I Syllas 22 R 1594 light what appeared to be a cigarette. I gave the several direct orders to extinguish the lit cigarette. The I/I refused. I then gave the I/I several orders to strip down to his boxers as was the facility Search policy. The I/I refused I continued to give the I/I several orders to turn and face the rear of the cell. As the cell door opened the I/I took an aggressive stance with fists clinched. I gave the I/I another order to face the rear of the cell. The I/I then violently swung his fist at me striking me in the left side of my face with a closed right fist. A use of force ensued, Area Supervisor Notified. I/I was then escorted off unit to medical.

| 5. REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/7/23 | B. Walsh | B. Walsh | 10/7/23 |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS:  1.
2.                                                         3.

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INCARCERATED INDIVIDUAL **10/11/23  10:34 Am** NAME AND TITLE OF SERVER _C.O. King_
FECHA Y HORA DAD    INDIVIDUO ENCARCELADO    NOMBRE Y TÍTULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

Wrongful proceedings Against Prisoners

**NOTICE ♦ AVISO**

False misconduct Reports (SHH)

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The incarcerated individual shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al individuo encarcelado llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución ni las metas del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or their designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Malik v Bezio - assault staff violent conduct Interference Employee
McLean v Fischer - Prison inmate was guilty Assault staff, possession weapon refusing violent conduct

Distribution: WHITE - Disciplinary Office CANARY - Incarcerated Individual (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria AMARILLA - Individuo Encarcelado (después de la revisión)

# Exhibit C

C

**ELMIRA CORRECTIONAL FACILITY**
**P.O. BOX 500**
**Elmira, NY 14902-0500**

_____/_____/_____
FOIL      REQUEST

**Attention ECF FOIL OFFICER:**

Pursuant to Public Officers Law § 85-90, known as the "FREEDOM OF INFORMATION LAW", and 5 U.S.C. § known as the "FREEDOM OF INFORMATION ACT", I hereby request the following INFORMATION/DOCUMENT(S) from your office:

[write your request clearly and concisely below, add extra paper as needed]

I Am Requesting A Log book entry, Name of watch commander For Oct, 7, 2023, Block Officer B-6-382 cell And Supervisor And the CERt Officers who Searche on the Oct 7, 2023 Date. green Haven correctional Facility, full body cam And BG Footage of Oct 7, 2023, DVD, Voice box by 382-B6 company ~~yard~~ weight yard Footage on west side b-block Oct 7, 2023 Around ~~8:1 Am 7:30 to 8:30 Am~~ 7:30 Am to 8:30 Am

As you are aware, your office has (5) business days by law to respond to this request, and in the event any portion of this request is denied, you are obligated to advise the reasons for such denial, and to whom an administrative appeal may be made to, including the appropriate address. Upon notification of any applicable fees, I will remit accordingly, or if the requested material is advanced, I agree to pay reasonable fees as established under the FOIL/FOIA law. Please be advised, that if timely response is not made hereto (in accordance with the law), said lack of response will be construed to be a constructive denial of this request and litigation may ensue.

Sincerely

_____

_____

# Exhibit D

D

INMATE NAME: Romy Syllas
INMATE DIN: 22R1594
Cell Location: G-06-09 CELL
Elmira Correctional Fac.
Po. box 500
Elmira, NY 14902-0500

To: Green Haven Corr. Facility
Department
594 Route. 216
Stormville, NY
12582-0010

RE: "Freedom Of Information Act" Request

OCT 7 Incident
Date: 2-11-24

Please be advised that this request is a demand For DVD, documents, records
OF Records pertaining to DVD, documents, Records, Materials, Audio, body cam, B.Block camera
Pursuant to both State and Federal Freedom Of Information Acts; As Amended
(5 U.S.C. Section 552) the Privacy Act (5 U.S.C. Section 552a) and mckinney's public
OFFICER Law § 84-90 FOR Documents, Records and/OR Material described HereAfter
Which Are believed to be within your Agency's Record System. the undersigned Request that
you make Available to him/Her a copy of the original documents, records and/or
Material within 10 business days, Answering this demand For disclosure Pursuant
Public OFFICERS Law §87.

The Above Named Individual, Having a personal interest in Obtaining Any and
all documents, Records, And/OR Materials pertaining to DVD, documents, Records,
Materials, Audio, Body Camera Footage, B-Block 6 Company, 38 2 Cell#, B.Block yard camera Footage
Request the Following:

1) Any and all records Pertaining to DVD, documents, Records And/OR Material
Relating to Audio, body camFootage, B6-382 B-Block camnea Footage,
B-Block yard weight ARea yard cameraP,

2) Any and All Documents, Record, Materials, Relating to
Body Cam Footage, BBlock 6 Company, 382 Cell#, B-Block yard Weight
Area Camera, West side Of the Jail,

3) Any and All medical Records Pertaining to Medical Records And Documents
That are OPEN FOR Review as Provided by law to be Presented to
Enclosed, Please Find the Following documents MN/A

If Any or Parts of My Request of My denied, Please list the specific exemption(s) which (are) being Claimed to Withhold Information.

If You determine that Some portion(s) of the Requested documents, Records And/ OR Material are exempt by Public OFFICERS Law §87 (2) (b) (F) (g) (i) (i) (i) (i) and Public OFFICERS Law §89 (2), I will expect, that you will provide Me with the Remaining Nonexempt Portions. If you deny any OR all portions of this Request I Request that You provide the Name and address where such appeal can be sent.

Please be Further advised, that the Above Named prisoner Ps unAble to Afford the cost(s) of locating, Coping And Mailing Of Information Requested Herein as Required in Public OFFICERS Law §67-a and request that any And All documents, Records And/or Materials Sought Herein be Forward without lost of Fees When Release of the Required Information would be in the "Public Interest" of the parties involved. It is My belief that said documents, Records, and/or Material I am Requesting Fit into this category. I therefore Request that No Fees be Charged For locating, Copying And Mailing the documents.

If there are Further questions Regarding this Request, Please Contact Me at the Above Named Facility.

As provided by the Freedom of Information Act please respond within (10) working days After Receipt of this Request.

Sworn to before this 16th day OF _December_, 20 23

_____
Notary Public

_____
Signature

Lawrence P Tolbert
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01T06406897
Qualified in Chemung County
Commission Expires 04/20/2024

# Exhibit E

P.Haven
Green Corr
Facility → My Cell → B6-382 ← B-Block

Romy Syllas
DIN: 22R1594
8-A-21B

(9) Tear: Grievance          Green Haven Corr Facility
                             UST-2028-23  AR 10/19/23

Assault I, Romy Syllas Was In my Cell From Weds Oct 4, 23
@ GH up to Saturday Oct 7, Cause We Were lockdown At the
Facility because OF Events of Inmate on Another
Block Beat up A Officer in the Cell For three Minutes
with No Help And Inmates Fighting through out the Jail
And Here comes the (Bert team) search For those
Reason.

OCT 19 2023 AM 8:05

I wasnt Apart none of those events, So Why Am I being
Drafted on A Saturday night to (upstate corr Facility).

I Romy Syllas was In my cell For the (Bert search) And
they came on the company (6) And they March to my Cell
then they Stop by the last cell my cell was 3 cells to the
last one I Reach to the cat walk gate So they came by my
Cell And they kept saying crack my cell because I Had A
Candle lit And it Had A smell to It I put it out And the officers
was opening my cell He said get down before it open I was Down
And the officers Repeatedly kick me, Punch me In my cell
by my locker And they were Screaming Stop Resisting I wasnt
Resisting I was Damage And upset when they Put me in the
Plexie cuffs ON ME I Had my Hands In them Already they kept
Screaming stop resisting they were beating me up At that Moment
I was tooken out my cell they told me to take off my sweatpants
they forcefully took them off of me while I was In the plexie cuffs
While I was on the gallery on (6) company In Green Haven I never
Put my Hand on No officers they Set me up Cause my Merit
Date is coming up they dont want me to go Home I complete
My Programs There was A day the Area Sargeant was like
to the other officer that I'm going Home And they bragged
About it to other officers I knew this is Retaliation
And when I went to the Box June 14 For the same thing
Police lied on me And put the Same Charge that got dismiss
And I got out to population with in 14 Day Later Cause
they lied. In that County the Dea Dont want No
Assault on Steff, Drug Charge OR weapon Charge because
they knew the C.O.s Are bring these things

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Rony Syllas

**(b)** County of Residence of First Listed Plaintiff  *Chemung*
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
John Doe #1, John Doe #2, John Doe #3, John Does #4 And John Doe #5

County of Residence of First Listed Defendant  *Chemung*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)  Letitia James, New York New York State - Attorney General The Capito Dept. of Law, Albany, NY 12224

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**

☐ 510 Motions to Vacate Sentence Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☒ 555 Prison Condition

**FORFEITURE/PENALTY**

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**

☐ 820 Copyright
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**

☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**

☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 TH AMENDMENT - Cruel and Unusual Punishment, 14TH - Due Process

Brief description of cause:  Excessive Force, Failure to Protect AND Supervisory liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 2,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE  Jan 26 2024

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

USA
SDNY

neopost
02/14/2024
US POSTAGE $002.

Elmira

ELMIRA CORRECTIONAL FACILITY
P.O. Box 500
ELMIRA, NEW YORK 14902

New York, NY 10007-1312
Attention: Pro Se Intake Office

RECEIVED
FEB 21 202?
PRO SE OFFICE